AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
MAR 13 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

HECTOR ALVAREZ

## WARRANT FOR ARREST

Case Number: 1:08MJ40A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HECTOR ALVAREZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly transferring, possessing, or using, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law), and conspired to do the same.

in violation of Title 18 United States Code, Section(s) 1029(a), 1028A(a)(7) and 371

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

3/13/08 Providence RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 380 Westminster Mall Suite 3 & 3 Providence, RI 02903 | | |
| DATE RECEIVED 3-13-08 | NAME AND TITLE OF ARRESTING OFFICER Caroline O'Brien-Buster Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 3-14-08 | | |